## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CRYSTAL VANN**                                                      **PLAINTIFF**

**V.**                        **CASE NO. 3:18-CV-102-BRW-BD**

**SOCIAL SECURITY**
**ADMINSTRATION**                                                    **DEFENDANT**

## ORDER

Plaintiff Crystal Vann's motion for leave to proceed *in forma pauperis* (docket

entry #1) is GRANTED. Ms. Vann's counsel is directed to prepare a summons, to be

issued by the Clerk of Court, and to serve the complaint upon the Defendant.

DATED this 4th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE