# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CRYSTAL VANN**                                                            **PLAINTIFF**

**V.**                          **CASE NO. 3:18-CV-102-BD**

**ANDREW SAUL, Commissioner,**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

Plaintiff Crystal Vann has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #16) She seeks fees and expenses in the amount of $3,547.77. (*Id.*) The Commissioner does contest the attorney and paralegal hours expended, the requested hourly rates, or the amount of expenses. (#19)

Because there is no objection to granting attorney's fees and expenses, Ms. Vann's motion (#16) is GRANTED, and the Commissioner is directed to pay the total sum of $3,547.77 in fees and expenses, subject to offset if she has outstanding government debt.

IT IS SO ORDERED, this 10th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE